## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYAN S. GARRETT, Inmate #01882-025,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) ) |
| **THE UNITED STATES OF AMERICA,** | ) ) |
| Respondent. | ) |

CIVIL NO. 06-266-JPG

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of error coram nobis. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of error coram nobis is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

April 7, 2006  
*Date*

By: **s/ J. Phil Gilbert**  
*District Judge*