IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYAN S. GARRETT, Inmate #01882-025,** )<br>)<br>) | |
| Petitioner, )<br>) | **CIVIL NO. 06-266-JPG** |
| vs. )<br>) | |
| **THE UNITED STATES OF AMERICA,** )<br>) | |
| Respondent. ) | |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of error coram nobis. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of error coram nobis is summarily dismissed with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

April 7, 2006                                By:    **s/ J. Phil Gilbert**
*Date*                                                       *District Judge*